AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>John Banuelos<br>DOB: XXXXXX<br><br>_Defendant(s)_ | Case: 1:24-mj-00095<br>Assigned To : Judge Robin M. Meriweather<br>Assign. Date : 3/7/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

_Code Section_                                       _Offense Description_

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) and (b)(1)(A) -Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon ,
40 U.S.C. § 5104(e)(1)(A)(i)- Individual or group of individuals to Willfully and Knowingly carry on or have Readily Accessible to any Individual on the Grounds or in any Capitol Buildings, a Firearm.,
40 U.S.C. § 5104(e)(1)(A)(ii)- Individual or Group of Individuals to Discharge a Firearm or Explosives, use a Dangerous Weapon, or Ignite an Incendiary Device, on the Grounds or in any of the Capitol Buildings.,
40 U.S.C. § 5104(e)(2) (D)- Disorderly Conduct in a Capitol Building .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

_____, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/07/2024__

_Judge's signature_

City and state: ____Washington, D.C.____   Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_