AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00095 |
| John Banuelos | ) Assigned To : Judge Robin M. Meriweather |
| | ) Assign. Date : 3/7/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **John Banuelos**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) and (b)(1)(A) -Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ;
40 U.S.C. § 5104(e)(1)(A)(i)- Individual or group of individuals to Willfully and Knowingly carry on or have Readily Accessible to any Individual on the Grounds or in any Capitol Buildings, a Firearm.,
40 U.S.C. § 5104(e)(1)(A)(ii)- Individual or Group of Individuals to Discharge a Firearm or Explosives, use a Dangerous Weapon, or Ignite an Incendiary Device, on the Grounds or in any of the Capitol Buildings.,
40 U.S.C. § 5104(e)(2) (D)- Disorderly Conduct in a Capitol Building .

Date: 03/07/2024

2024.03.07 12:40:06 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/7/24, and the person was arrested on *(date)* 3/8/24
at *(city and state)* Summit, IL.

Date: 3/8/24

*Arresting officer's signature*

Veronika Metanova Special Agent FBI
*Printed name and title*